UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

United States of America,

                        Plaintiff,

-against-

                                                      Case No. 7:21-mj-9362

Benjamin McKenzie

                        Defendant.

_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                      SO ORDERED.

                                                      Hon. Martin R. Goldberg
                                                      United States Magistrate Judge

Dated: 26th day of August 2022
        Poughkeepsie, New York